UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV17-9295-MWF(AFMx)**                              Dated: **September 16, 2022**

Title:     Moriah Zeigler -v- County of San Luis Obispo, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Not Reported
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                           Not Present

PROCEEDINGS (IN CHAMBERS):     COURT ORDER

   In light of the settlement reached at the Zoom Settlement Conference held June 7, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for October 24, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

   IT IS SO ORDERED.

Initials of Deputy Clerk   rs
-1-                                                                 min